## THE STATE v. HAYDEN, *Appellant.*

Criminal Law: MURDER: EVIDENCE. Where a defendant on trial for murder testifies that he killed the deceased to save his own life, it is error for the court to refuse to allow him to prove by other witnesses threats against his life made by deceased, and that the latter was a quarrelsome and dangerous man.

*Appeal from Dunklin Circuit Court.*—HON. H. H. BEDFORD, Special Judge.

REVERSED.

*S. M. Chapman* for appellant.

*D. H. McIntyre*, Attorney General, for the state.

HENRY, J.—The defendant was indicted at the November term, 1883, of the circuit court of Dunklin county, charged with the murder of one Christopher L. Johnson, on the 13th day of June of that year. He pleaded not guilty, and on trial was convicted of murder in the first degree, and has prosecuted his appeal to this court. The defendant was introduced as a witness on his own behalf

and testified that he killed Johnson to save his own life. That he went to the house of deceased, who owed him, to get some money, and that as he approached the door deceased began to threaten him and made for his pistol, and said: "You d—m son of a b—t—h, I will shoot your brains out," and that these were the circumstances under which he killed him. He offered to prove by other witnesses threats made by deceased against his life, and that he was a quarrelsome and dangerous man, but the court excluded the evidence, and the Attorney General concedes that therein the court committed error, and we are all of the same opinion, except Hough, C. J., absent. The judgment is reversed and the cause remanded.